WALTER L. WILHELM, Respondent, *v.* FULLER AND WARREN COMPANY, Appellant.

*Wilhelm* v. *Fuller & Warren Co.*, 120 App. Div. 904, appeal dismissed. (Argued January 8, 1908; decided January 14, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 28, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the judgment of the Appellate Division was unanimous and so unappealable, permission to appeal not having been obtained.

*John P. Curley* for motion.

*J. K. Long* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.